# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBALDO FIGUEROA, on behalf of himself and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONNER LOGISTICS, INC.,<br><br>Defendant. | Case No. 1:19-cv-01004-LJO-BAM<br><br>**ORDER STRIKING JOINT STIPULATION TO CONTINUE OCTOBER 29, 2019 SCHEDULING CONFERENCE**<br><br>(Doc. No. 10) |

On October 22, 2019, the parties filed a stipulation to continue the Initial Scheduling Conference currently set for October 29, 2019. (Doc. No. 10.) According to the stipulation, the parties have resolved this matter and intend to submit a motion for preliminary approval of the settlement. (*Id.*)

Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions, and papers be signed by the individual attorney for the party presenting them, or by the party personally if appearing i*n propria persona*. Fed. R. Civ. P. 11(a); Local Rule 131(b). Here, the stipulation is not signed by counsel for either party and will therefore be stricken from the record.

Accordingly, it is HEREBY ORDERED that the parties' Joint Stipulation to Continue October 29, 2019 Scheduling Conference (Doc. No. 10), is STRICKEN from the record for lack

1

of signature.

IT IS SO ORDERED.

Dated: **October 23, 2019**     /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE