UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBALDO FIGUEROA, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CONNER LOGISTICS, INC., a California Corporation; and Does 1 through 50, Inclusive,<br><br>Defendants. | CASE NO. **1:19-cv-01004-LJO-BAM**<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT FROM JANUARY 23, 2020 TO FEBRUARY 24, 2020** |

ORDER

1 | The stipulation of the Parties requesting a continuance of the January 23,
2 | 2020 deadline to file the Motion for Preliminary Approval of Class Action
3 | Settlement to February 24, 2020, having been read and considered, and good cause
4 | appearing therefor,

IT IS HEREBY DETERMINED AND ORDERED that:

The Court hereby continues the January 23, 2020 deadline to file the Motion for Preliminary Approval of Class Action Settlement to February 24, 2020.

IT IS SO ORDERED.

Dated: **January 24, 2020**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE