UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBALDO FIGUEROA, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CONNER LOGISTICS, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 1:19-cv-01004-NONE-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT<br><br>(Doc. No. 21, 28) |

On March 17, 2020, Plaintiff Ubaldo Figueroa ("plaintiff"), an individual, on behalf of himself and on behalf of all other persons similarly situated, filed a Motion for Preliminary Approval of Class Settlement. (Doc. No. 21.) The matter was referred to a United States agistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 10, 2020, the assigned magistrate judge issued findings and recommendations recommending that the motion seeking preliminary approval of the class and collective action settlement be granted. (Doc. No. 28.) The findings and recommendations were served on all parties and contained notice that objections thereto were due within fourteen (14) days. (*Id.*) On July 13, 2020, Defendant Conner Logistics, Inc. ("defendant") filed a notice of non-objection and non-opposition to the findings and recommendations. (Doc. No. 29.) On July 13, 2020, plaintiff

1

1  also filed a notice of non-objection and non-opposition to the findings and recommendations.
2  (Doc. No. 31.)
3     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this
4  court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the
5  court finds the findings and recommendations to be supported by the record and proper analysis.
6     Accordingly, IT IS HEREBY ORDERED that:
7     1.   The findings and recommendations issued on July 10, 2020 (Doc. No. 28), are
8  ADOPTED IN FULL;
9     2.   Plaintiff's Motion for Preliminary Approval of Class Settlement (Doc. No. 21) is
10 GRANTED; and
11    3.   A final approval hearing is set for **January 15, 2021, at 9:00 AM in before
12 Magistrate Judge Barbara A. McAuliffe in Courtroom 8 (BAM)** of the United States District
13 Court for the Eastern District of California, located at 2500 Tulare Street, Fresno, California
14 93721.

IT IS SO ORDERED.

Dated:   **August 7, 2020**

_____
UNITED STATES DISTRICT JUDGE