UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBALDO FIGUEROA, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CONNER LOGISTICS, INC., a California Corporation; and Does 1 through 50, Inclusive,<br><br>Defendants. | No. 1:19-cv-01004-NONE-BAM<br><br><u>ORDER GRANTING JOINT STIPULATION TO CHANGE THE SETTLEMENT ADMINISTRATOR</u> |

ORDER

The stipulation of the Parties to modify the Settlement to switch the Settlement Administrator to ILYM Group, having been read and considered, and good cause appearing therefor,

IT IS HEREBY DETERMINED AND ORDERED that:

1. The court hereby approves the change of the Settlement Administrator to ILYM Group.

IT IS SO ORDERED.

Dated: __October 20, 2020__  _____
UNITED STATES DISTRICT JUDGE