UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBALDO FIGUEROA, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONNER LOGISTICS, INC., a California Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | No.  1:19-cv-01004-NONE-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY FEES AND COSTS AND SERVICE AWARD<br><br>(Doc. Nos. 35, 39) |

On December 18, 2020, Plaintiff Ubaldo Figueroa, an individual, on behalf of himself and on behalf of all persons similarly situated, filed a Motion for Award of Attorney Fees and Costs and Service Award.  (Doc. No. 35.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 19, 2021, the assigned magistrate judge issued findings and recommendations recommending that the motion for attorney fees, costs and service award be granted in part and denied in part.  (Doc. No. 39.)  The findings and recommendations were served on all parties and contained notice that objections thereto were due within fourteen (14) days.  (*Id.*)  On January 19, 2021, plaintiff filed a notice of no objection and no opposition to the findings and recommendations.  (Doc. No. 41.)  On January 22, 2021, Defendant Conner Logistics, Inc. filed a

notice of non-objection and non-opposition to the findings and recommendations. (Doc. No. 43.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the courts finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on January 19, 2021 (Doc. No. 39) are ADOPTED IN FULL; and

2. Plaintiff's Motion for Award of Attorney Fees and Costs and Service Award (Doc. No. 35) is GRANTED IN PART AND DENIED IN PART as follows:

   a. Plaintiff Ubaldo Figueroa be paid the amount of $7,000.00 as his service award pursuant to the terms of the Settlement;

   b. Class counsel be paid the amount of $51,250.00 for attorneys' fees pursuant to the terms of the Settlement; and

   c. Class counsel be paid the amount of $15,000.00 for costs pursuant to the terms of the Settlement.

IT IS SO ORDERED.

Dated:  **February 23, 2021**                    /s/ Dale A. Drozd
                                                 UNITED STATES DISTRICT JUDGE

2