UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBALDO FIGUEROA, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONNER LOGISTICS, INC., a California Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 1:19-cv-01004-NONE-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT<br><br>(Doc. Nos. 36, 40) |

On December 18, 2020, Plaintiff Ubaldo Figueroa, an individual, on behalf of himself and on behalf of all persons similarly situated, filed a Motion for Final Approval of Class Settlement. (Doc. No. 36.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 19, 2021, the assigned magistrate judge issued findings and recommendations recommending that the motion seeking final approval of the class and collective action settlement be granted.  (Doc. No. 40.)  The findings and recommendations were served on all parties and contained notice that objections thereto were due within fourteen (14) days.  (*Id.*)  On January 19, 2021, plaintiff filed a notice of no objection and no opposition to the findings and recommendations.  (Doc. No. 42.)  On January 22, 2021, Defendant Conner Logistics, Inc. filed a

1

notice of non-objection and non-opposition to the findings and recommendations.  (Doc. No. 44.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the courts finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on January 19, 2021 (Doc. No. 40) are ADOPTED IN FULL;

2. Plaintiff's Motion for Final Approval of Class Settlement (Doc. No. 36) is GRANTED;

3. This action shall be dismissed with prejudice, each side to bear its own costs and attorneys' fees except as provided by the Settlement Agreement or other order of the court.  The court shall retain jurisdiction as to all matters relating to the interpretation, administration, implementation, effectuation and enforcement of the Settlement; and

4. Final judgment shall be entered.

IT IS SO ORDERED.

Dated:   **February 23, 2021**                          /s/ Dale A. Drozd
                                                        UNITED STATES DISTRICT JUDGE